IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

SILOAM SPRINGS HOTEL, L.L.C.,     )
                                       )
        Plaintiff,              )
                                         )
v.                                       )    CASE NO.:
                                         )
CENTURY SURETY COMPANY,       )
                                         )
        Defendant.          )

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAY 13 2013

TIM RHODES
COURT CLERK

33

CJ - 2013 - 2816

**PETITION**

**I.**

The Plaintiff entered into a contract with the Defendant utilizing the Defendant's agent RCI Insurance Group in Claremore, Oklahoma. The manager for the Plaintiff lives and works in Oklahoma County.

**II.**

The Defendant will be served through the Oklahoma Insurance Commissioner located in Oklahoma County.

**III.**

The Policy of Insurance referenced above ran from November 13, 2012 to November 13, 2013. A copy of the Policy of Insurance provided by RCI Insurance Group is attached. On or about January 17, 2013, several guests of the insured were injured due to carbon monoxide poisoning on the premises that the Plaintiffs own and operate as a hotel. The policy provides coverage for these bodily injuries.

**IV.**

The Plaintiff through their employees and attorneys have notified the Defendant of

-1-



this occurrence, and provided the Defendant the known information as required.  The

Defendant has denied coverage under the policy.  Thus, the Plaintiff seeks a declaration

that the Defendant has coverage for the bodily injuries of the guests which occurred on

January 17, 2013.  In addition, the Plaintiff seeks attorneys fees and taxable costs.

Respectfully submitted,

TOM E. MULLEN, OBA #6500
FENTON, FENTON, SMITH, RENEAU & MOON
211 N. Robinson, Suite 800N
Oklahoma City, Oklahoma  73102
Telephone: (405) 235-4671
Facsimile: (405) 235-5247
**ATTORNEY FOR PLAINTIFF**