**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SILOAM SPRINGS HOTEL, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-13-572-M |
| | ) | |
| CENTURY SURETY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is defendant's Motion for Administrative Closing, filed May 8, 2017.  On May 9, 2017, plaintiff filed its response, and on May 15, 2017, defendant filed its reply.  Defendant moves this Court to administratively close this case.   This case, however, is already administratively closed.  On March 21, 2016, this Court issued an order certifying a question to the Oklahoma Supreme Court.  In that order, the Court administratively closed this case and in a footnote advised the parties that they may move to reopen this matter following the Oklahoma Supreme Court's answer to the certified question.

As this case is already administratively closed, the Court DENIES defendant's Motion for Administrative Closing [docket no. 55] as MOOT.

**IT IS SO ORDERED this 31st day of August, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE