IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SILOAM SPRINGS HOTEL, L.L.C., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-13-572-F |
| (1) CENTURY SURETY COMPANY, | ) ) ) |
| Defendant. | ) |

## RELEASE AND SATISFACTION OF JUDGMENT

**COMES NOW** Siloam Springs Hotel, L.L.C., Plaintiff herein, and hereby acknowledges receipt from Century Surety Company, Defendant herein, of Two-hundred eighty-nine thousand four-hundred twenty-five dollars and thirty-eight cents ($289,425.38), the amount due upon the judgment rendered in favor of Siloam Springs Hotel, L.L.C. and against Century Surety Company through the Opinion issued by the United States Court of Appeals for the Tenth Circuit in the appeal styled *Siloam Springs Hotel, L.L.C., Plaintiff-Appellant vs. Century Surety Company, Defendant-Appellee* and numbered 17-6208 in that Court, wherein this lawsuit was remanded to this Court for purposes of determining the damages due upon said judgment, which sum is received and accepted in full payment and satisfaction of said judgment with interest and costs, and in full payment and satisfaction of any and all attorneys' fees, liens, and claims in said cause and in and to the proceeds of said judgment, and Siloam Springs Hotel, L.L.C. does hereby release, acquit, and forever discharge the said Century Surety Company of and from all liability to and demand of Siloam Springs Hotel, L.L.C. in respect to said cause and

judgment, and any claim which was or could have been made in relation to the occurrence giving rise to the insurance claim out of which this lawsuit arose.

This release shall be filed in the office of the Clerk of this Court, and the said Clerk is hereby authorized and directed to enter said release on the judgment docket of this Court and to release the said judgment of record.

Dated this 27th day of February, 2019.

Respectfully submitted,

s/ Tom Mullen

Tom E. Mullen, OBA #6500
*CHUBBUCK DUNCAN & ROBEY, P.C.*
100 North Broadway, Suite 2300
Oklahoma City, Oklahoma 73102
Telephone: (405) 236-8282
Facsimile: (405) 236-2828
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing to the following:

Phil R. Richards, Esq. – prichards@richardsconnor.com
*RICHARDS & CONNOR,* PLLP
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma 74103
**ATTORNEY FOR DEFENDANT**
**CENTURY SURETY COMPANY**

s/ Tom Mullen